IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01470-WDM-BNB

PHILIP C. BUTLER,

      Plaintiff,

v.

SHAWN COMPTON,

      Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: 10/11/05

BY THE COURT:

[signature]

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01470-WDM-BNB

Philip C. Butler
Prisoner No. 81448
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

US Marshal Service
Service Clerk
Service forms for: Shawn Compton

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal Service for process of service on Shawn Compton: COMPLAINT FILED 8/4/05, SUMMONS, AND CONSENT FORM on 10/14/05 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk