IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01470-WDM-BNB

PHILLIP C. BUTLER,

    Plaintiff,

v.

SHAWN COMPTON,

    Defendant.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

---

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued February 15, 2006, that this case be dismissed without prejudice due to Plaintiff Phillip C. Butler's (Butler) failure to comply with court orders to either make monthly payments in partial satisfaction of the filing fee or show cause why he cannot make such payments. Butler failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

Having reviewed the recommendation, Butler's response, and prior orders in this case, I agree with Magistrate Judge Boland's analysis of the *Ehrenhaus* factors, and I agree that dismissal without prejudice is an appropriate sanction.

Accordingly, it is ordered:

1.    The recommendation of Magistrate Judge Boland, issued February 15, 2006

    (Docket No. 21), is accepted.

2. This case is dismissed without prejudice.

    DATED at Denver, Colorado, on June 1, 2006.

                BY THE COURT:

                 s/ Walker D. Miller
                 United States District Judge